■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM VELASQUEZ, Appellant. [655 NYS2d 1017] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered January 9, 1995, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issue of legal sufficiency has not been preserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Rosenblatt, J. P., Thompson, Altman and Luciano, JJ., concur.